Decided June 16, 1999

---

## JAMES LEONARD *v.* COMMISSIONER OF CORRECTION

The petitioner James Leonard's petition for certification for appeal from the Appellate Court, 53 Conn. App. 239 (AC 17618), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Judith Rossi*, executive assistant state's attorney, in opposition.

Decided June 16, 1999